# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **MELISSA MEYMARIS,** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| v. | )   **CIVIL NO. 2:16-CV-103-DBH** |
| | ) |
| **SPECTRUM HEALTH SYSTEMS, INC.,** | ) |
| | ) |
| **DEFENDANT** | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 29TH DAY OF FEBRUARY, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**